## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) ) | **8:16CR243** |
| **THOMAS MACE,** | ) ) ) | **ORDER** |
| **Defendant.** | ) ) | |

     This matter is before the court on the government's Joint Motion to Continue Trial [21]. The parties are currently involved in plea negotiations and need additional time to consider the terms. Counsel for the defendant has indicated he will be obtaining an affidavit regarding speedy trial. Good cause being shown, the motion shall be granted and the trial shall be continued.

     **IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial currently scheduled set for January 9, 2017 is continued to **February 13 2017.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **January 10, 2017.** The objecting party must comply with all requirements of NECrimR 59.2.

     **DATED January 4, 2017.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**